ONION HORTON PRODUCTIONS, INC., a Missouri Corporation, Richard L. Horton, and Mark Kasen, Plaintiffs/Respondents,

v.

UNITY BROADCASTING, L.L.C., a Missouri Limited Liability Company, Lee Platke, Stuart Berkowitz, and New Horizon Seventh–Day Christian Church, Inc., a Missouri Not–For–Profit Corporation, Defendants/Appellants.

No. ED 76611.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 28, 1999.

Joe D. Jacobson, Green Schaaf & Jacobson, P.C., Clayton, for respondents.

Gerard T. Noce, Hilary T. Noce, Noce & Buckley, L.L.C., St. Louis, for appellants.

Before KATHIANNE KNAUP
CRANE, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

This is an appeal from an order denying a motion to compel arbitration. No error of law appears.

A written opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).